IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT | ) | |
| OPPORTUNITY COMMISSION | ) | |
| | ) | |
| v. | ) | NO. 3:16-2616 |
| | ) | |
| CENTURION PRODUCTS, INC. | ) | |

**O R D E R**

By the Initial Case Management Order entered December 13, 2016, Docket Entry No. 15, a subsequent case management conference is scheduled for July 19, 2017, at 1:30 p.m. Due to a conflict in the Court's calendar, the telephone conference is RESCHEDULED for **10:00 a.m., Tuesday, July 25, 2017**, to be initiated by counsel for Plaintiff. If the parties have successfully settled this case prior to July 25th, and have so noted in their second joint case resolution status report due no later than July 17, 2017, then the conference call will be automatically cancelled.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge